IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02171-LTB

YVONNE PETERSON,
LETECIA STAUCH,
CHRISTINA MARTINEZ,
ROXEANNE DELTE, and
STACIE JORDAN,

    Plaintiffs,

v.

ELIZABETH O'NEIL, for Classifications Department,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 3, 2022, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiffs.

DATED at Denver, Colorado, this 3rd day of October, 2022.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Phillips,
            Deputy Clerk